COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:   01-18-00290-CV

Style:      Jeffrey A. Harberson v. Brianne Strickland

Date motion filed[*]:  April 11, 2019

Type of motion:   Sixth Letter-Motion to Extend Time to File Brief

Party filing motion:  Pro se Appellant Jeffrey A. Harberson

Document to be filed: Appellant's Brief

Is appeal accelerated?  No.

If motion to extend time:

  Original due date:    July 30, 2018

  Number of extensions granted:  5  Current Due Date: April 18, 2019

  Date Requested:    N/A (no date listed)

Ordered that motion is:

  ☑ Granted, in part

    If document is to be filed, document due: May 20, 2019.

    ☑  **No further extensions of time will be granted.**

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☒ Other:  Because appellant's extension claims that his prison unit is currently on its annual lockdown since April 1, 2019, which prevents him from sitting at a table or attending the law library, the Court construes this letter-motion as an extension request and **grants it** for 30 days, but **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). Accordingly, this Court will dismiss this appeal for want of prosecution if no brief is timely filed by **May 20, 2019**. *See* TEX. R. APP. P. 42.3(b).

Judge's signature: __/s/ Laura C. Higley_____

      x Acting individually  ☐ Acting for the Court

Date: __April 18, 2019____